FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT -5 PM 4: 15

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Gregory E. Poth**<br>**Jacquelynn G. Poth**<br>SSN: XXX-XX-6591<br>SSN: XXX-XX-0868<br>Debtor(s) | Case No. 04-24063 WTT<br>Chapter 7 |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On August 30, 2011, the Court approved the trustee's final report and proposed distribution.

2. The Trustee received correspondence from Budget Control Svs. Inc. regarding payment of claim number 2. The correspondence stated that the account had been paid in full and that they were returning the funds to the bankruptcy estate.

3. On October 5, 2011, the Trustee made a second distribution.

4. Pursuant to the second proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Proposed Payment |
| --- | --- | --- |
| 1. | Allied Collections | $0.41 |
| 3. | Judy Brady, D.S.W. | $0.36 |
| 4. | Burg Simpson Eldredge Hersh & Jardine | $2.00 |
| 5. | Outsource | $0.32 |
| 6. | Kaplan Law LLC | $1.37 |
| 7. | David Muller, MD | $0.04 |
| 11. | CitiBank | $2.39 |
| 12. | Midland Credit Management | $0.78 |
| 15. | ID Concepts | $2.42 |

5. These funds are on deposit in Bank of America, account number 4438083666.

6. Check in the amount of Forty-One Cents ($0.41), Thirty-Six Cents ($0.36), Two Dollars ($2.00), Thirty-Two Cents ($0.32), One Dollar and Thirty-Seven Cents ($1.37), Four Cents ($0.04), Two Dollars and Thirty-Nine Cents ($2.39), Seventy-Eight Cents ($0.78), and Two Dollars

and Forty-Two Cents ($2.42), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** October 5, 2011

                                                        Woodbury & Kesler, P.C.

                                                        Elizabeth R. Loveridge
                                                        Chapter 7 Trustee

## CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

    Office of the United States Trustee
    Attn: Rayla Meyer
    Ken Garff Building
    405 South Main Street
    Suite 300
    Salt Lake City, UT  84111

    Gregory E. Poth
    128 Lyndale Ct.
    West Seneca, NY 14224

    Jacquelynn G. Poth
    1448 Vinyard Drive
    Bountiful, UT 84010

    Michael F. Thomson
    Durham Jones & Pinegar
    111 East Boadway, Suite 900
    P.O. Box 4050
    Salt Lake City, UT 84110-4050    /s/ Renee Christensen